| | | |
|---|---|---|
| 1 | UNITED STATES DISTRICT COURT | |
| 2 | NORTHERN DISTRICT OF CALIFORNIA | |

| | |
|---|---|
| FIRST MERCURY INSURANCE COMPANY,<br><br>        Plaintiffs,<br><br>  v.<br><br>KINSALE INSURANCE COMPANY, et al.,<br><br>        Defendants. | Case No. 18-cv-00071-SI  (SI)<br><br>**PRETRIAL PREPARATION ORDER (CIVIL)** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: September 14, 2018 at 3:00 PM.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is: November 16, 2018.

DESIGNATION OF EXPERTS: 11/16/18; REBUTTAL: 12/14/18;
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is: January 11, 2019.

DISPOSITIVE MOTIONS **SHALL** be filed by; January 18, 2019;
    Opp. Due: February 1, 2019; Reply Due: February 8, 2019;
    and set for hearing no later than February 22, 2019 at 10:00 AM.

PRETRIAL CONFERENCE DATE: March 26, 2019 at 3:30 PM.

JURY TRIAL DATE: April 8, 2019 at 8:30 AM.
    Courtroom 1, 17th floor.

TRIAL LENGTH is estimated to be 5 days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
By 5/25/18, the parties shall inform the Court of the mediator selected and the date of the session.
Private mediation shall occur by August 24, 2018.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

**IT IS SO ORDERED**.

Dated: 5/14/18

_____
SUSAN ILLSTON
United States District Judge