| | |
|---|---|
| Raymond J. Tittmann, Esq. (SBN 191298) | Brandt L. Wolkin, Esq. |
| rtittmann@wargofrench.com | bwolkin@wolkincurran.com |
| Mark L. Block, Esq. (SBN 115457) | WOLKIN CURRAN, LLP |
| mblock@wargofrench.com | 111 Maiden Lane, Sixth Floor |
| Christina M. Roberto, Esq. (SBN 317139) | San Francisco, CA 94108 |
| croberto@wargofrench.com | Telephone: 415-982-9390 |
| WARGO & FRENCH LLP | Facsimile: 415-982-4328 |
| 601 S. Figueroa St., Ste. 4625 | Attorneys for Defendants |
| Los Angeles, CA 90017 | Thompson Brooks, Inc. |
| Telephone: 310-853-6300 | |
| Facsimile: 310-853-6333 | |
| Attorneys for Plaintiff | |
| First Mercury Insurance Company | |

Gary R. Selvin, Esq.
gselvin@selvinwraith.com
SELVIN WRAITH HALMAN LLP
505 14th St., Suite 1200
Oakland, CA 94612
Telephone: 510-874-1814
Facsimile:  510-465-8976
Attorneys for Defendants
Kinsale Insurance Company

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIRST MERCURY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>KINSALE INSURANCE COMPANY, KLEIN PLASTERING, INC;  and THOMPSON BROOKS, INC.,<br><br>Defendant. | Case No. 3:18-cv-00071-SI<br><br>**JOINT STATUS CONFERENCE STATEMENT**<br><br>Hon. Susan Illston |

Plaintiff First Mercury Insurance Company ("First Mercury") and Defendants Thompson Brooks, Inc. ("TBI") (collectively the "Parties"), file this Joint Status Conference Report pursuant to the Clerk's Notice entered on September 12, 2018 [D.E. 72].

On August 6, 2018, Defendant Thompson Brooks, Inc. ("TBI") filed a petition for relief under Chapter 7 of Title 11 of the U.S. Code in the Bankruptcy Court of the Northern District of California (case no. 18-30864) (*see* D.E. 70). TBI's bankruptcy petition remains pending. Counsel for TBI informs that TBI's insurance carrier, Home Construction Insurance Company ("HCIC"), intends to file a motion in the Bankruptcy Court concerning its contribution rights against other parties in this action.

HCIC intends to file a Complaint-in-Intervention in this action after concluding its motion practice in the Bankruptcy Court.

In light of the above, the parties are in agreement that a continued stay of this action with a joint status report to be submitted at the end of the first quarter of 2019 would be appropriate at this juncture.

DATED: December 28, 2018     WARGO & FRENCH LLP

By: */s/ Mark L. Block*
RAYMOND J. TITTMANN
MARK L. BLOCK

Attorneys for Plaintiff First Mercury Insurance Company

DATED: December 28, 2018     SELVIN WRAITH HALMAN LLP

By: */s/ Gary R. Selvin*
GARY R. SELVIN

Attorney for Defendant Kinsale Insurance Company

1 | DATED: December 28, 2018   WOLKIN CURRAN LLP

By: */s/Brandt L. Wolkin*
BRANDT L. WOLKIN

Attorney for Defendant Thompson Brooks, Inc.