UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIRST MERCURY INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>    v.<br><br>KINSALE INSURANCE COMPANY, et al.,<br><br>    Defendants. | Case No. 18-cv-00071-SI<br><br>**ORDER CONTINUING STAY, SETTING FURTHER STATUS CONFERENCE, AND VACATING TRIAL DATE**<br><br>Re: Dkt. No. 73 |

The parties have filed a joint status statement requesting the Court continue to stay this action in light of the pending bankruptcy petition of defendant Thompson Brooks, Inc. Docket No. 73. Having considered the papers submitted, the Court will **CONTINUE** the stay of this action to April 5, 2019, and sets a further case management conference for **April 5, 2019, at 3:00 p.m.** in Courtroom 1, 17th Floor, of the San Francisco courthouse. The parties shall file a joint case management statement one week prior to the case management conference and shall come to the conference prepared to discuss an appropriate schedule for resolution of this case.

The Court **VACATES** the April 8, 2019 trial date, as well as the March 26, 2019 pretrial conference.

**IT IS SO ORDERED**.

Dated: January 4, 2018

                                                        SUSAN ILLSTON
                                                        United States District Judge