SINNOTT, PUEBLA, CAMPAGNE &
CURET, APLC
Blaise S. Curet, #124983
bcuret@spcclaw.com
Kenneth H. Sumner, #178618
ksumner@spcclaw.com
2000 Powell Street, Suite 830
Emeryville, CA 94608
Tel.: (415) 352-6200; Fax: (415) 352-6224
Attorneys for Plaintiff
First Mercury Insurance Company

Gary R. Selvin, Esq.
gselvin@selvinwraith.com
SELVIN WRAITH HALMAN LLP
505 14th St., Suite 1200
Oakland, CA 94612
Telephone: 510-874-1814
Facsimile:  510-465-8976
Attorneys for Defendant
Kinsale Insurance Company

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

FIRST MERCURY INSURANCE
COMPANY,

        Plaintiff,

        v.

KINSALE INSURANCE COMPANY,
KLEIN PLASTERING, INC;  and
THOMPSON BROOKS, INC.,

        Defendant.

Case No. 3:18-cv-00071-SI

**JOINT CASE MANAGEMENT
STATEMENT**

Case Management Conference
Date:  April 5, 2019
Time:  3:00 p.m.
Courtroom: 1, 17th Floor

Hon. Susan Illston

This Joint Case Management Statement is submitted by Plaintiff First Mercury Insurance Company ("First Mercury") and Defendant Kinsale Insurance Company ("Kinsale") pursuant to the Court's Order Continuing Stay, Setting Further Status Conference, And Vacating Trial Date (Dkt. No. 74.)

As reflected in the parties' last Joint Status Conference Statement (Dkt. No. 73) Defendant Thompson Brooks, Inc. ("TBI") filed a petition for relief under Chapter 7 of Title 11 of the U.S. Code in the Bankruptcy Court of the Northern District of California (Case No. 18-30864.)  TBI's bankruptcy petition remains pending.

TBI's insurer, Home Construction Insurance Company ("HCIC"), sought and obtained from the Bankruptcy Court an order confirming that it is subrogated to TBI's rights concerning a judgment TBI obtained against former defendant Klein Plastering, Inc. ("Klein.")  [Klein was dismissed from this action pursuant to this court's order on September 11, 2018.  (Docket No. 71.)]

Having obtained said order from the Bankruptcy Court, HCIC now seeks to intervene in this action.  HCIC has circulated a proposed complaint-in-intervention and asked the parties to stipulate to its filing.  The parties have agreed to stipulate to the filing and are drafting a stipulation and proposed order.

Once HCIC becomes a party to the action, the Parties propose the following schedule:

    i.    Trial Date: March 23, 2020

    ii.    Pretrial Conference: March 10, 2020

    iii.    Non-Expert Discovery Cutoff: 120 days before trial (November 25, 2019)

    iv.    Expert Witness Discovery Cutoff: 60 days before trial (January 23, 2020)

        a.    Initial Expert Disclosure Deadline: December 13, 2019

        b.    Rebuttal Expert Disclosure Deadline: January 10, 2020

    v.    Last Day to Hear Dispositive Motions: February 7, 2020

**Trial:** First Mercury has demanded a jury trial. The expected length of trial is five days.

1    DATED:  March 29, 2019            SINNOTT, PUEBLA,
                                       CAMPAGNE & CURET, APLC
2

3

4                                      By:        /s/ Blaise S. Curet

5                                              BLAISE S. CURET
                                               KENNETH H. SUMNER
6                                              Attorneys for Plaintiff First Mercury Insurance
                                               Company
7

8    DATED:  March 29, 2019            SELMAN WRAITH HALMAN

9

10

11                                     By:        /s/ Gary R. Selvin

12                                             GARY R. SELVIN
                                               Attorneys for Defendant Kinsale Insurance
13                                             Company

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

## PROOF OF SERVICE

**First Mercury Insurance Company vs. Kinsale Insurance Company, et al.**
**3:18-cv-00071**

### STATE OF CALIFORNIA, COUNTY OF ALAMEDA

At the time of service, I was over 18 years of age and **not a party to this action**.  I am employed in the County of Alameda, State of California.  My business address is 2000 Powell Street, Suite 830, Emeryville, CA 94608.

On April 1, 2019, I served true copies of the following document(s) described as **JOINT CASE MANAGEMENT STATEMENT** on the interested parties in this action as follows:

### SEE ATTACHED SERVICE LIST

**BY CM/ECF NOTICE OF ELECTRONIC FILING:**  I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system.  Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.  Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on April 1, 2019, at Emeryville, California.

/s/ Michelle Mejia
Michelle Mejia

SINNOTT, PUEBLA, CAMPAGNE & CURET, APLC
2000 POWELL STREET, SUITE 830
EMERYVILLE, CALIFORNIA 94608
TEL (415) 352-6200 · FAX (415) 352-6224

1

2

**SERVICE LIST**

| | |
|---|---|
| David Francis Myers<br>Catherine Michelle Tolson<br>Brandt Louis Wolkin<br>Wolkin Curran, LLP<br>111 Maiden Lane, 6th Floor<br>San Francisco, CA 94108<br>dmyers@wolkincurran.com<br>ctolson@wolkincurran.com<br>bwolkin@wolkincurran.com | Counsel for Intervenor Home Construction Insurance Company . |
| Gary R. Selvin<br>Elizabeth A. Doyle<br>Selvin, Wraith, Halman, LLP<br>505 14th Street, Suite 1200<br>Oakland, CA 94612<br>gselvin@selvinwraith.com<br>edovle@selvinwraith.com | Counsel for Counter-defendant Kinsale Insurance Company |

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SINNOTT, PUEBLA, CAMPAGNE & CURET, APLC
2000 POWELL STREET, SUITE 830
EMERYVILLE, CALIFORNIA 94608
TEL (415) 352-6200 · FAX (415) 352-6224