UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIRST MERCURY INSURANCE COMPANY,<br><br>                  Plaintiffs,<br><br>     v.<br><br>KINSALE INSURANCE COMPANY, et al.,<br><br>                  Defendants. | Case No.  18-cv-00071-SI  (SI)<br><br>**SECOND**<br>**PRETRIAL PREPARATION ORDER (CIVIL)** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: August 9, 2019 at 3:00 PM.
Counsel ***must*** file a joint case management statement seven days in advance of the conference.

DEADLINE FOR AMENDMENT OF THE PLEADINGS:  May 1, 2019

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is: November 25, 2019.

DESIGNATION OF EXPERTS: December 13, 2019; REBUTTAL: January 10, 2020;
       Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is: January 23, 2020.

DISPOSITIVE MOTIONS **SHALL** be filed by; January 3, 2020;
       Opp. Due: January 17, 2020; Reply Due: January 24, 2020;
       and set for hearing no later than February 7, 2020 at 10:00 AM.

PRETRIAL CONFERENCE DATE: March 10, 2020 at 3:30 PM.

COURT TRIAL DATE: March 23, 2020 at 8:30 AM.
       Courtroom 1, 17th floor.

TRIAL LENGTH is estimated to be 5 days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

The Court rescheduled the trial date as indicated above.

1   By May 1, 2019, the parties will file a stipulation allowing HCIC to intervene and finalize the
    pleadings.

2

3   Counsel for Kinsale indicated that it has settled with HCIC.

4   The parties shall be prepared to discuss an ADR process at the next case management
    conference.

5

6   The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects
    of the case, including settlement.  Parties **SHALL** conform to the attached instructions.

7   Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this
    action.

8           **IT IS SO ORDERED**.

9

10

11  Dated:  4/8/19

12                                          _____

13                                          SUSAN ILLSTON
                                            United States District Judge
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28